UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                            CASE NO. 12 B 40235
                                    CHAPTER 13

DOROTHY FANESSA SIMS

                                    JUDGE DONALD R CASSLING

         DEBTOR                  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK NATIONAL ASSOC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 17 | XXXXXX2804 | $27,840.91 | $27,840.91 | $27,840.91 |
| Total Amount Paid by Trustee | | | | | $27,840.91 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-40235-DRC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 24th day of May, 2017.

Debtor:
DOROTHY FANESSA SIMS
8911 S CONSTANCE AVE
CHICAGO, IL  60617

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
US BANK NATIONAL ASSOC
% JPMORGAN CHASE BANK
3415 VISION DR
COLUMBUS, OH  43219

Mortgage Creditor:
CHASE MANHATTAN MTG
% CLERK CHANCERY
50 W WASHINGTON ST # 802
CHICAGO, IL  60602

Mortgage Creditor:
CHASE MANHATTAN MORTGAGE
% CODILIS & ASSOC
15W030 N FRONTAGE RD # 100
BURR RIDGE, IL  60527

Mortgage Creditor:
GMAC MORTGAGE
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60561-5009

Mortgage Creditor:
US BANK NATIONAL
ASSOCIATION
% JPMORGAN CHASE BANK NA
700 KANSAS LANE MC LA4-555
MONROE, LA  71203

ELECTRONIC SERVICE - United States Trustee

Date:  May 24, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603